I. TANENBAUM SON & COMPANY, Respondent, *v.* BROOK-LYN FURNITURE COMPANY, Appellant.

(Argued November 19, 1930; decided December 4, 1930.)

580

*Jonas J. Shapiro* for appellant.

*Jonas J. Shapiro* for appellant.
*Charles A. Houston* and *Mayer L. Halff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.